<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>          Date: <u>1/23/2018</u>

Case: <u>State Farm v. Boris Ripa, M.D. et al</u>          Status Conf. @ 11:00 AM

Civ. A. <u>1:17-cv-03202-NGG-VMS</u>
*17-cv-3200*

<u>ECF Recording in 13A South:</u>          ☐ Telephone Conference          ☑ In-person Conference          *Mr Fume*

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
<u>Conference Type:</u>

☐ Initial Conference ☐ Status Conference ☑ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐          *15 min.*
☐ JPTO Conference ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☑ Motions decided on the record

*Schedule for 17-3200 adopted in this*
*[33] is denied except as noted. except as noted.*

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served          *2/6/18*
☐ Interrogatories to be served          *2/6/18*
☐ Amended pleadings, incl. joinder          ☐ To be served          ☐ To be filed
   ☐ Complaint ☐ Answer          ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☑ Status conference          Date: *4/18/18*   Time: *2:30pm*   *w/ 17 cv 2300*
   ☑ In person ☐ Telephone (718) 613-2300          To be organized by:
☐ Specific depositions to be held          _____
☐ Fact discovery closes          _____
☐ Expert disclosures to be served          _____
☐ Initial expert report(s) to be served          _____
☐ Rebuttal expert report(s) to be served          _____
☐ Expert discovery closes          _____
☐ All discovery closes          _____
☐ Joint letter confirming discovery is concluded          _____
☐ Summary judgment to be initiated          ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed          _____
☐ Consent to Magistrate Judge to be filed          _____
☐ Settlement Conference          Date: _____   Time: _____

Page __ of __

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: _____     Civ. A. _____-_____

Date:_____/_____/2018

**Additional Orders:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page _____ of ___

Page __ of __

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: _State Farm v_ _Pype_ Civ. A. _17 3202_

Date: _1 23_ 2018

<u>**Additional Orders:**</u>

Counsel will continue coordinated discovery and settlement ~~discuss~~ discussions with 17 - 3200

The schedule in 17 3200 is adopted with the Revisions noted on the previous page

The subpoena are limited to February 2013 through July 2014.

Page _2_ of ___